4months, CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:09–cv–02810–RLV

Miller v. Facebook, Inc. et al  
Assigned to: Judge Robert L. Vining, Jr  
Cause: 15:1125a False representation–goods sold–interstate commer

Date Filed: 10/09/2009  
Date Terminated: 01/15/2010  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**Daniel M. Miller**     represented by     **Brian D. Hancock**  
Heninger Garrison &Davis  
2224 1st Avenue North  
Birmingham , AL 35203  
205–326–3336  
Email: bdhancock@hgdlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Douglas L. Bridges**  
Heninger Garrison &Davis, LLC –Atl  
Suite 700  
1 Glenlake Parkway  
Atlanta , GA 30328  
678–638–6308  
Fax: 404–892–5002  
Email: dbridges@hgdlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Facebook, Inc.**     represented by     **Jason Phillip Wright**  
Morris, Manning &Martin, LLP  
3343 Peachtree Road  
Suite 1600  
Atlanta , GA 30326–1044  
404–233–7000  
Fax: 404–365–9532  
Email: jwright@mmmlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Julio C. Avalos**  
Orrick Herrington &Sutcliffe  
1000 Marsh Road  
Menlo Park , CA 94025  
650–614–7400  
Email: javalos@orrick.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas J. Gray**
Orrick, Herrington &Sutcliffe LLP
Suite 1600
4 Park Plaza
Irvine , CA 92614–2558
949–567–6700
Email: tgray@orrick.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Andrew McNeil**
Morris Manning &Martin
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta , GA 30326–1044
404–495–3673
Email: amcneil@mmmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Yao Wei Yeo**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2009 | Ï 1 | COMPLAINT with Jury Demand filed by Daniel M. Miller; and Summon(s) issued. Consent form to proceed before U.S. Magistrate and pretrial instructions provided. ( Filing fee $ 350.00 receipt number 17178.) (Attachments: # 1 Summons, # 2 Civil Cover Sheet)(eop) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 10/13/2009) |
| 10/13/2009 | Ï 2 | NOTICE Of Manual Filing Exhibits A &B re 1 Complaint by Daniel M. Miller (gar) (Entered: 10/14/2009) |
| 10/13/2009 | Ï 3 | APPLICATION for Admission of Brian D. Hancock Pro Hac Vice by Daniel M. Miller. Filing Fee received $150.00, Receipt #17231. (gar) (Entered: 10/14/2009) |
| 10/15/2009 | Ï | APPROVAL by Clerks Office re: 3 APPLICATION for Admission of Brian D. Hancock Pro Hac Vice. Attorney Brian Hancock added appearing on behalf of Daniel M. Miller (cdg) (Entered: 10/15/2009) |
| 10/26/2009 | Ï 4 | AFFIDAVIT of Service for Civil Complaint *Miller v. Facebook, et al.*, as to Brenda Laws, Security Supervisor., Return of Service Executed by Facebook, Inc.. Facebook, Inc. served on 10/13/2009, answer due 11/2/2009. (Attachments: # 1 Summons, # 2 Summons)(Bridges, Douglas) (Entered: 10/26/2009) |

| | | |
|---|---|---|
| 10/26/2009 | Ï 5 | ORDER granting 3 Application for Admission Pro Hac Vice of Brian D. Hancock o/b/o Plaintiff. Signed by Judge Robert L. Vining, Jr. on 10/26/09. (bjh) (Entered: 10/27/2009) |
| 10/30/2009 | Ï 6 | MOTION for Extension of Time to File Answer by Daniel M. Miller, Facebook, Inc.. (Attachments: # 1 Exhibit Exhibit Cover, # 2 Exhibit Proposed Consent Oder−Ex. A)(Bridges, Douglas) (Entered: 10/30/2009) |
| 11/01/2009 | Ï 7 | CONSENT ORDER TO EXTEND TIME TO ANSWER until 12/2/2009 for Defendant Facebook, Inc. Consent Motion granted/terminated: 6 for Extension of Time to File Answer filed by Daniel M. Miller, Facebook, Inc. Signed by Judge Robert L. Vining, Jr. on 11/1/09. (bjh) (Entered: 11/02/2009) |
| 11/02/2009 | Ï | Submission of 6 MOTION for Extension of Time to File Answer, to District Judge Robert L. Vining, Jr. (bjh) (Entered: 11/02/2009) |
| 11/20/2009 | Ï 8 | APPLICATION for Admission of Thomas J. Gray Pro Hac Vice (Application fee $ 150, receipt number 113E0000000002444935)by Facebook, Inc.. (McNeil, William) (Entered: 11/20/2009) |
| 11/20/2009 | Ï 9 | APPLICATION for Admission of Julio C. Avalos Pro Hac Vice (Application fee $ 150, receipt number 113E0000000002444963)by Facebook, Inc.. (McNeil, William) (Entered: 11/20/2009) |
| 11/23/2009 | Ï | APPROVAL by Clerks Office re: 8 APPLICATION for Admission of Thomas J. Gray Pro Hac Vice (Application fee $ 150, receipt number 113E0000000002444935), 9 APPLICATION for Admission of Julio C. Avalos Pro Hac Vice (Application fee $ 150, receipt number 113E0000000002444963). Attorney Thomas J. Gray, Julio C. Avalos added appearing on behalf of Facebook, Inc. (cdg) (Entered: 11/23/2009) |
| 11/24/2009 | Ï 10 | ORDER granting 8 Application for Admission Pro Hac Vice of Thomas J. Gray o/b/o Defendant Facebook, Inc. Signed by Judge Robert L. Vining, Jr. on 11/24/09. (bjh) (Entered: 11/24/2009) |
| 11/24/2009 | Ï 11 | ORDER granting 9 Application for Admission Pro Hac Vice of Julio C. Avalos o/b/o Defendant Facebook, INc. Signed by Judge Robert L. Vining, Jr. on 11/24/09. (bjh) (Entered: 11/24/2009) |
| 12/02/2009 | Ï 12 | Consent MOTION for Extension of Time to File Answer by Facebook, Inc.. (Attachments: # 1 Text of Proposed Order)(Wright, Jason) (Entered: 12/02/2009) |
| 12/02/2009 | Ï 13 | MOTION to Transfer Case to United States District Court for the Northern District of California with Brief In Support by Facebook, Inc.. (Attachments: # 1 Brief, # 2 Declaration of Tina Doshi, # 3 Exhibit A to Declaration of Tina Doshi, # 4 Exhibit B to Declaration of Tina Doshi, # 5 Declaration of Yvonne P. Greer, # 6 Exhibit 1 to Declaration of Yvonne P. Greer, # 7 Exhibit 2 to Declaration of Yvonne P. Greer)(Wright, Jason) (Entered: 12/02/2009) |
| 12/03/2009 | Ï 14 | CONSENT ORDER granting 12 Consent Motion for Extension of Time, until 2 weeks after the Court enters its ruling on the 13 1404(a) Motion to Transfer, for Defendant Facebook, Inc. to move, plead, or otherwise respond to Plaintiff's 1 Complaint. Signed by Judge Robert L. Vining, Jr. on 12/3/09. (bjh) (Entered: 12/04/2009) |

| | | |
|---|---|---|
| 12/21/2009 | Ï 15 | RESPONSE in Opposition re 13 MOTION to Transfer Case to United States District Court for the Northern District of California *Plaintiff's Response in Opposition to Motion to Transfer Venue* filed by Daniel M. Miller. (Garrison, W.) (Entered: 12/21/2009) |
| 01/05/2010 | Ï | Submission of 13 MOTION to Transfer Case to United States District Court for the Northern District of California, to District Judge Robert L. Vining, Jr. (bjh) (Entered: 01/05/2010) |
| 01/07/2010 | Ï 16 | REPLY BRIEF re 13 MOTION to Transfer Case to United States District Court for the Northern District of California filed by Facebook, Inc.. (Attachments: # 1 Declaration of Julio C. Avalos, # 2 Exhibit A to Declaration of Julio C. Avalos, # 3 Exhibit B to Declaration of Julio C. Avalos, # 4 Exhibit C to Declaration of Julio C. Avalos, # 5 Exhibit D to Declaration of Julio C. Avalos, # 6 Exhibit E to Declaration of Julio C. Avalos, # 7 Exhibit F to Declaration of Julio C. Avalos)(Wright, Jason) (Entered: 01/07/2010) |
| 01/15/2010 | Ï 17 | ORDER granting Defendant's 13 Motion to Transfer Case to the USDC ND CA, San Francisco Division. Signed by Judge Robert L. Vining, Jr. on 1/15/2010. (bjh) (Entered: 01/19/2010) |
| 01/15/2010 | Ï | Case transferred electroncially to ND of CA, San Franciso. (bjh) (Entered: 01/19/2010) |
| 01/15/2010 | Ï | Civil Case Terminated. (bjh) (Entered: 01/19/2010) |